IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CAMPOS-MENDOZA,                     )<br>                                                                  )<br>            Petitioner,                              )<br>                                                                  )<br>    vs.                                                       )<br>                                                                  )<br>UNITED STATES, et al.,                           )<br>                                                                  )<br>            Respondent.                          )<br>_____ ) | No. C 06-3255 CRB (PR)<br><br>ORDER OF TRANSFER |

      Petitioner, a federal prisoner at the Federal Correctional Institution at Terminal Island, California, filed a document titled "Ex Parte Application to Dismiss Outstanding Citations, Warrants, Information, Charges, Complaints and Fines or Detainer(s), Trespasses" in the United States District Court for the Central District of California. The Central District (Cooper, J.) construed the application as a motion to vacate, set aside or correct a federal sentence under 28 U.S.C. § 2255 and ordered the matter transferred to this court, where petitioner alleged he had been convicted and sentenced. The clerk executed the order of transfer and the matter was assigned to the undersigned.

      A review of the court's records has revealed that petitioner was not convicted and sentenced in this court; rather, petitioner was convicted and sentenced in the United States District Court for the Eastern District of California. See United States v. Campos-Mendoza, No. 02-CR-0553-MCE-PAN (E.D. Cal. May 24, 2004) (judgment and commitment order). In the interest of justice, the clerk is instructed to transfer this matter to the United States District Court for the Eastern District of California.

SO ORDERED.

DATED: June 2, 2006

                                            CHARLES R. BREYER
                                            United States District Judge